UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21ST CENTURY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>           Defendants. | No. 2:16-cv-01524-TLN-KJN<br><br>**ORDER RELATING CASES** |
| STEVEN JAMES McDANIEL and LINDA McDANIEL,<br><br>           Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>           Defendants. | No. 2:16-cv-02267-MCE-EFB |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a)(2) and 123(a)(3). The actions involve the same underlying event and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort.

1  The parties should be aware that relating the cases under Local Rule 123 merely has the
2  result that these actions are assigned to the same judge.  No consolidation of the actions is
3  affected.  Under the regular practice of this Court, related cases are generally assigned to the
4  judge and magistrate judge to whom the first filed action was assigned.

5  IT IS THEREFORE ORDERED that the action denominated 2:16-cv-02267-MCE-EFB is
6  hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall J. Newman for
7  all further proceedings.  Any dates currently set in the reassigned case only are hereby
8  VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown
9  as: 2:16-cv-02267-TLN-KJN.

10  IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustments in the
11  assignment of civil cases to compensate for this reassignment.

13  Dated: November 16, 2016

Troy L. Nunley
United States District Judge