1  PHILLIP A. TALBERT
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Defendants United States and
6  United States Department of Agriculture

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11

| 21ST CENTURY INSURANCE COMPANY, | CASE NO. 2:16-cv-01524 TLN-KJN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO SUBSTITUTE THE UNITED STATES IN PLACE OF DEFENDANT UNITED STATES DEPARTMENT OF AGRICULTURE** |
| v. | |
| UNITED STATES OF AMERICA: and UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendants. | |

   Defendant United States, Defendant United States Department of Agriculture, and Plaintiff 21st Century Insurance Co., by and through their respective counsel, stipulate to substitute the United States as Defendant in place of Defendant United States Department of Agriculture. The United States is the only proper party defendant for claims under the Federal Tort Claims Act. 28 U.S.C. §§ 1346(b)(1) and 3679(a); *FDIC v. Craft*, 157 F.3d 697, 706 (9th Cir. 1998) ("The FTCA is the exclusive remedy for tortious conduct by the United States, and it only allows claims against the United States. Although such claims can arise from the acts or omissions of United States Agencies (28 U.S.C. § 2671), an agency itself cannot be sued under the FTCA.").

/ / /

STIPULATION AND ]ORDER TO SUBSTITUTE THE UNITED STATES IN PLACE OF DEF.
U.S. DEPARTMENT OF AGRICULTURE
*21ST Century Insurance Co. v. United States, et al.*, Case No. 2:16-cv-01524 TLN-KJN

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  December 16, 2016 | PHILLIP A. TALBERT<br>United States Attorney |
|  | */s/ Chi Soo Kim*<br>CHI SOO KIM<br>Assistant United States Attorney |
|  | Attorneys for United States and<br>United States Department of Agriculture |
| DATED:  December 16, 2016 | BENSON LEGAL, APC |
|  | */s/ Susan M. Benson*<br>SUSAN M. BENSON<br>Attorneys for Plaintiff 21st Century Insurance Co. |

**ORDER**

IT IS SO ORDERED.

Dated: December 22, 2016

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO SUBSTITUTE THE UNITED STATES IN PLACE OF DEF. U.S. DEPARTMENT OF AGRICULTURE
*21ST Century Insurance Co. v. United States, et al.*, Case No. 2:16-cv-01524 TLN-KJN

2